# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WILLIAM ROHLAND, | : No. 2 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court dated January 7, |
| | : 2014 at No. 452 MD 2013 |
| v. | : |
| | : |
| | : |
| | : |
| DEPARTMENT OF CORRECTIONS SCI- | : |
| GRATERFORD (STATE OFFICE) TOM | : |
| ROWLAND, SUPER/OFFICER AT SCI- | : |
| GRATERFORD AND MIKE | : |
| WENEROWICZ, PAULINE ZEMORSKI, | : |
| MARK LEVY, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                        **DECIDED: September 24, 2014**

AND NOW, this 24th day of September, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED**.